TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00494-CV







James B. Sammons, Appellant



v.



Tom Jones Sammons, Jr., Individually and as Trustee of the Bernice Jones Sammons


Koy Trust; Bernice Jones Sammons Koy; and Tom Jones Sammons, Sr., Appellees







FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT


NO. 045-92, HONORABLE EMIL KARL PROHL, JUDGE PRESIDING







PER CURIAM



 The parties have filed a joint motion to reverse and remand pursuant to settlement
agreement. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is reversed and the cause is remanded to the trial
court for further proceeding in accordance with the parties' settlement agreement.


Before Chief Justice Carroll, Justices Aboussie and Jones

Reversed and Remanded on Joint Motion

Filed: February 22, 1995

Do Not Publish